The People of the State of New York, Respondent, v. Frank M. Best, Appellant.*— Judgment affirmed. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to modify by reducing sentence to thirty days; Glennon, J., dissents and votes to reverse and dismiss the information.

In the Matter of the Application of Thomas W. Mullarkey, Appellant, against John F. O'Ryan, as Police Commissioner of the City of New York, and as Treasurer and Trustee of the Police Pension Fund of the City of New York, Respondent.†— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.; O'Malley, J., dissents and votes to modify by granting an alternative order of mandamus.